Paul Little #1164422
Robertson Unit
12071 FM 3522
Abilene, TX 79601



CERTIFIED MAIL
7021 0950 0000 7781 8988

United States District Office
Maria Dozuer - Clerk
William M. Steger Federal Bldg.
U.S. Courthouse
211 W. Ferguson St. Rm. 106
Tyler, Texas 75702