UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00230

**Paul La'Mark Little,**
*Plaintiff,*

v.

**Christopher A. Holman et al.,**
*Defendants.*

# ORDER

Plaintiff Paul La'Mark Little, a prisoner confined within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love.

On January 18, 2023, the magistrate judge issued a report recommending that plaintiff's motion for a temporary restraining order and preliminary injunction (Doc. 10) be denied. Doc. 25. A copy of that report was sent to plaintiff at his last-known address. The docket reflects that plaintiff received a copy of the report on January 24, 2023. Doc. 28. No objections were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's motion for a preliminary injunction (Doc. 10) is denied.

*So ordered by the court on February 24, 2023.*

J. CAMPBELL BARKER
United States District Judge